IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENAN BRAY #152854      PLAINTIFF

v.      No. 2:22-cv-233-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS      DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Bray hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 2.* His mail is being returned. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 January 2023