IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENAN BRAY**  PLAINTIFF
**#152854**

v.     No. 2:22-cv-233-DPM

**ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS**     DEFENDANTS

## JUDGMENT

Bray's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2023